**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES JIGGETTS
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

MOHANIE SUKHU-INSTIGATOR
_____
MORTIMER ZUCKERMAN-PUBLISHER
_____
COLIN MYLER-EDITOR
_____
JOHN MARZULLO-AUTHOR
_____
NEW YORK DAILY NEWSPAPER
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**
JUN 0 8 2015
U.S.D.C.
WP

**COMPLAINT**

Jury Trial:   □ Yes   ☒ No
(check one)

# 15 CV 4565

RECEIVED
SDNY PRO SE OFFICE
2015 JUN -9 P 2:27

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff         Name    JAMES JIGGETTS
                  Street Address    156 FORSTER AVENUE
                  County, City    WESTCHESTER,MOUNT VERNON
                  State & Zip Code    NEW YORK,10550
                  Telephone Number    347-858-7833

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    MOHANIE SUKHU-INSTIGATOR
                   Street Address    1048 WARD AVENUE-APT.1A

*Rev. 05/2010*

County, City BRONX COUNTY,BOROUGH OF THE BRONX

State & Zip Code NEW YORK,10472

Telephone Number 374-458-7328

Defendant No. 2     Name   NEW YORK DAILY NEWSPAPER

Street Address 4 NEW YORK PLAZA

County, City NEW YORK,NEW YORK

State & Zip Code NEW YORK,10004

Telephone Number

Defendant No. 3     Name   MORTIMER ZUCKERMAN-PUBLISHER

Street Address 4 NEW YORK PLAZA

County, City NEW YORK,NEW YORK

State & Zip Code NEW YORK,10004

Telephone Number

Defendant No. 4     Name   COLIN MYLER-EDITOR

Street Address 4 NEW YORK PLAZA

County, City NEW YORK,NEW YORK

State & Zip Code NEW YORK,10004

Telephone Number

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions              ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? USCA,18,SECT.1001-1031,1964 CIVIL RIGHTS,USCA,42,SECT,2000(A-E)USCA.42,SECT,1983-1986.8TH AND 14TH AMENDEMENT ISSUES,ADA COMPLIANCE HAS BEEN INFRINGED UPON,ART,I SECT,8 CLAUSE 10,THE CONTRACTS CLAUSE WAS VIOLATED OVER A FALSE STATEMENT THAT MADE ME LOOSE

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? AT THE BRONX,NEW YORK CORPORATE WORKPLACE CENTER

B.      What date and approximate time did the events giving rise to your claim(s) occur? THESE EVENTS HAD TAKEN PLACE FROM OCTOBER 21-27,2013 THAT THE FALSE STATEMENTS IN WRITING HAD LED MY NOW

FORMER EMPLOYER(UPS)TO TERMINATE ME,WITH ALERADY PAST ABUSES IN MIND,THEY DID NOT SUPPORT ME.

C.      Facts: I STATE TODAT THAT THESE EVENTS ARE AND INDEED HAVE MERIT CONCERNING PROFITING

FROM A CLEAR DECEPTION ON THE PART OF THE DEFENDING PARTIES,STATED(SUPRA)THE REPORTING OF A

FELONY RAPE IN THE WORKPLACE,THAT IS FALSE AND INDEED DEFAMATORY,AND EXPRESSES AN ECONOMIC

CRIME AS EXPLAINED TO ME.MY USCA,42,SECT,2000,(A-E),USCA,42,SECTS.1983-1986,A DEPRIVATION OF MY

CIVIL RIGHTS HAVE BEEN INFRINGED UPON.MY ART.I,SECT.I OF THE NYS.CONST,HAS BEEN VIOLATED.MY EIGHTH

AS WELL AS MY FOURTEETH AMENDMENT RIGHTS HAVE BEEN NOW CALLED INTO QUESTION.THE QUESTION OF

A FELON RAPE(KNOWN AS A SPECIFIC-INTENT CRIME)ACCORDING TO THE CRIMINAL PROCEDURES LAWS OF

THIS JURISDICTION,THIS LAND,AND INDEED THE MODEL PENAL CODE OF 1962 HAS BEEN NOW CALLED INTO

QUESTION.IF THERE WAS NO ACT OF FELONY RAPE,WITH THE CONCEPT IN MIND OF(PENETRATION )OF THE

(SEXUAL CAVITY)(WHY PRINT IT?)THE LOCAL PRECINIT OF THE NYPD DID NOT HAVE A REPORT OF ANY TERRIBLE

ACT DONE BY THIS PLAINTIFF PARTY,NO RAPE KIT PREPARED BY ANY MEDICAL CENTER WITH QUALIFIED

PERSONNEL PARTICIPATING IN THE EVAULATION.SO THEREFORE,(SUCH AS IN NEW YORK TIMES VS,SULLIVAN;

OF MARCH 29,1960,(AND THE CURRENT LITIGATION WITH A VIRGINA FRATERNITY AND THE ROLLING STONE

MAGAZINE)WHY ALLOW CITIZENS TO MAKE SUCH STATEMENTS IN WRITING WITH NO SUBSTANTED PROOF,FOR

WHICH THE BURDEN OF PROOF(1893)IS UPON THE DEFENDING PARTY TO PROVE BEYOND A REASONABLE

DOUBT THAT I WOULD PARTICIPATE IN SUCH AN EVENT,THE FIRST DEFENDING PARTY IS CURRENTLY SUING

HER FORMER EMPLOYER)AEGIS SECURITY SYSTEMS).ART.4.SECT.4-7 OF THE NYS CIVIL RIGHTS LAWS.(VIOLATED).

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

IV.    Injuries:

*Civil. Sect.) 7A–N,Y,S*
*Civil Sect.78 –N,Y,S*

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

~~HERE,IN THIS AREA MY HONESTY MUST INDEED CONTINUE,THAT BECAUSE OF MY NOW FORMER EMPLOYER~~

UNITED PARCEL SERVICE THAT I FIND IT RATHER DIFFICULT TO OBTAIN MY INSULIN MEDICATION WITHOUT

SEEKING TEMPORARY ASSISTANCE FOR THE MOMENT.MY PERSONAL ECONOMY HAS COLLASPED AND MY

HOME MAY BE FORECLOSED UPON ME IF FIRM ACTION IS NOT TAKEN BY THE VERY SYSTEM PUT IN PLACE

BY THE CITIZENRY TO PREVENT SUCH OUTLANDISH ACTIVITY.PLEASE THIS CASE MUST BE HEARD,IT HAS MERIT.

*Rev. 05/2010*

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are
seeking, and the basis for such compensation. I FIRMLY STATE TODAY THAT BECUASE OF THESE EVENTS AND
THE RATHER OBIVIOUS FRAUDULANT STATEMENTS(CRM.PROC.NYC.490)THAT I AM SEEKING DECLARATORY
AS WELL AS COMPENSATORY RELIEF IN THE AMOUNT OF 25-(TWENTY-FIVE)MILLION DOLLARS FROM THE
PARTIES STATED(SUPRA).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of MAY             , 20 15 .

Signature of Plaintiff

Mailing Address           156 FORSTER AVENUE

                          WESTCHESTER,MOUNT VERNON

                          NEW YORK,10550

Telephone Number          347-858-7833

Fax Number *(if you have one)* _____

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
          must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number          _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES JIGGETTS

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

NEW YORK DAILY NEWSPAPER

JOHN MARZULLO-AUTHOR

MORTIMER ZUCKERMAN-PUBLISHER

COLIN MYLER-EDITOR

MOHANIE SUKHU-INSTIGAOR

_____

_____

_____

_____

Jury Trial:  ☐ Yes   ☒ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name **JAMES JIGGETTS**

Street Address **156 ████████ AVENUE** *FOSTER*

County, City **WESCHETER,MOUNT VERNON**

State & Zip Code **NEW YOIRK,10550**

Telephone Number **347-858-7833**

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name **JOHN MARZULLO-AUTHOR**

Street Address **4 NEW YORK PLAZA**

*Rev. 05/2010*

County, City __NEW YORK,NEW YORK_____

State & Zip Code __NEW YORK,10004_____

Telephone Number _____

Defendant No. 2    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions              ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue? _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*